# Exhibit 2

Front and back covers to Defendant's document titled "Collective Bargaining Agreement Sunrise Hospital & Medical Center and Service Employees International Union Local 1107" (emphasis annotation added)



