# Exhibit 3

# June 10, 2024, email from Joan Kane, HCA Healthcare, to Samuel Shaw, SEIU NV, Re Sunrise Hospital- violations of CBA

**From:** Kane Joan <Joan.Kane@HCAhealthcare.com>
**Sent:** Monday, June 10, 2024 9:58 AM
**To:** Samuel Shaw - SEIUnv <Sam.Shaw@SEIUNV.org>
**Cc:** Snyder Kidist <Kidist.Snyder@hcahealthcare.com>; Jason Klumb - SEIUnv <JKlumb@SEIUNV.org>; Fabiola Morales - SEIUnv <fmorales@seiunv.org>; Ralaya Allen <ralaya@gmail.com>; Erika Watanabe <ewatanabe2@mac.com>
**Subject:** Sunrise Hospital- violations of CBA

Sam-

While it was great to see you last week, I am now reporting some very disappointing actions which need to be addressed and resolved immediately.

**First**....last Friday (6/7/24), Quentinn, Salah and Patrick all provided (appropriately) notice of access to the Hospital.

Quentinn then provided notice (See attached email) of literature being distributed.
Our CBA provides for:

> 6.1.2    A copy of the literature being distributed will be delivered to the Director of Labor Relations at the time of the distribution. All literature distributed by the Union and/or the Hospital will comply with the provisions of Article 58.

The Hospital did NOT receive a copy of the CBA which the Union is distributing. Please correct, immediately.

**Secondly**....A very significant problem and highly disappointing (as well as contrary to the CBA).

The cover of the Union's newly printed CBA- see below- violates Article 58...

> **ARTICLE 58**
>
> **MUTUAL RESPECT AND COMMITMENT**
>
> 58.1    The Parties agree to conduct their relationship in a manner that reflects mutual respect and a joint commitment to problem-solving, and in any communications they shall focus on the merits of the particular issue in debate, address differences in a positive manner and not engage in personal attacks or make derogatory comments about their respective organizations, affiliates and leadership.

**It is exceptionally disrespectful, not reflective of a positive relationship AND clearly derogatory.**





**These covers are to be removed immediately from each Union printed CBA that has already been distributed AND removed from all CBAs to be distributed in the future**.

If no action, the Hospital will pursue all legal channels available. However, we anticipate this will not be necessary.

Please advise your progress.

Page 131 of 134

Joan

**Joan Kane, MS, PhD**
Labor Relations Director
HCA Human Resources Group, Labor Relations COE
Sunrise Hospital and Medical Center and Sunrise Children's Hospital
P 702-961-9162  |  M  702-595-4839
3186 South Maryland Pkwy  |  Las Vegas, NV  89109

joan.kane@hcahealthcare.com
HCAhealthcare.com  |  Connect With Us





*Above all else, we are committed to the care and improvement of human life.*
**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.