# Exhibit 4

# June 10, 2024, email from Jason Klumb, SEIU Local 1107, to Joan Kane, HCA Healthcare RE: Sunrise Hospital- violations of CBA

**From:** Jason Klumb - SEIUnv <JKlumb@SEIUNV.org>

**Sent:** Monday, June 10, 2024 11:01 AM

**To:** Kane Joan <Joan.Kane@HCAhealthcare.com>; Samuel Shaw - SEIUnv <Sam.Shaw@SEIUNV.org>

**Cc:** Snyder Kidist <Kidist.Snyder@hcahealthcare.com>; Fabiola Morales - SEIUnv <fmorales@seiunv.org>; Ralaya Allen <ralaya@gmail.com>; Erika Watanabe <ewatanabe2@mac.com>

**Subject:** {EXTERNAL} Re: Sunrise Hospital- violations of CBA

**CAUTION!** This email originated from outside of our organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Joan,

We apologize you were not given a copy of the CBA and will do so immediately.

Unfortunately, we do not agree with you that the cover is a violation of the terms and conditions of the CBA or that it violates the mutual respect clause. We see no difference between the previous cover (April 1, 2020 - March 31, 2023) which had a half page photo of several members with similar signs and the new cover which has two signs. This new CBA has a collection of photos that are much smaller than the previous.

There is no intent to be disrespectful or derogatory. As always, our goal is to work together, and we hope we can continue to do so amicably.

Thank you,

Jason

Jason Klumb
Representation Director
SEIU 1107
Cell: 702.533.6077