**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Nevada Service Employees Union*
*aka SEIU Local 1107*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC D/B/A SUNRISE HOSPITAL & MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 1107 OF THE SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>Defendant. | CASE NO.: 2:24-cv-01247<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6.1 and 26-3, the Parties to this action, acting by and through their respective counsel of record, hereby stipulate and request the Court to order that all discovery deadlines be extended by 45 days. This is the first request for an extension of these deadlines. In support of this Stipulation and Order, the Parties state as follows:

1. Plaintiff commenced this action by filing the Complaint on July 10, 2024 [ECF No. 1]. The Complaint was served on or about July 12, 2024.

2. Plaintiff filed a Motion for Preliminary Injunction [ECF No. 11] on August 1, 2024.

3. Defendant filed a Motion to Dismiss Complaint [ECF No. 12] on August 2, 2024. Briefing on the Motion to Dismiss was complete on or about August 22, 2024.

4. Defendant filed their Response to the Motion for Preliminary Injunction [ECF No. 22] on August 16, 2024 and the Motion was fully briefed by August 22, 2024.

5. The Parties submitted a Proposed Joint Discovery Plan [ECF No. 27] on September 16, 2024, which was approved by the Order of the Magistrate Judge, which was entered on September 18, 2024 [ECF No. 28].

6. The Parties exchanged initial disclosures on October 9 and October 16, 2024, respectively.

7. On October 23, 2024, the Court issued its Order [ECF No. 30] Granting in Part the Motion to Dismiss Complaint, and denying the Motion for Preliminary Injunction.

8. On October 30, 2024, Defendant served Requests for Admissions, Requests for Production of Documents, and Interrogatories upon the Plaintiff. The Parties agreed to an extension of time, and Plaintiff served its responses on December 16, 2024.

9. On December 19, 2024, Defendant filed its Answer to the Complaint [ECF No. 31].

10. On December 19, 2024, Plaintiff served Requests for Admissions, Requests for Production of Documents, and Interrogatories upon the Defendant.

11. Defendant has given notice that it regards various of Plaintiff's discovery responses as inadequate ("Discovery Disputes") and the Parties have noted that year-end holidays are upon us and that the court-ordered discovery period is set to close on January 29, 2025. Accordingly, the Parties have agreed to jointly seek, through this stipulation, an extension of the discovery cut-off and all later deadlines by 45 days, as they believe this will allow the Parties the time needed to resolve the Discovery Disputes and to complete discovery.

12. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the Parties agree that an extension of the discovery cut-off date, and all later deadlines is necessary to permit sufficient time to complete discovery and/or to either resolve the Discovery Disputes or to present them to the Magistrate Judge for a ruling.

13. This request is being made more than 21 days before the discovery cut-off of January 29, 2024.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines as stated below:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amending pleadings / adding parties | October 31, 2024 | Same (passed) |
| Initial Expert Witness Disclosure | December 2, 2024 | Same (passed) |
| Rebuttal Expert Witness Disclosure | January 2, 2025 | Same (no experts were disclosed) |
| Discovery Cut-Off | January 29, 2025 | March 17, 2025 |
| Dispositive Motion Deadline | February 28, 2025 | April 16, 2025 |
| Joint Pre-Trial Order Deadline | March 31, 2025 | May 16, 2025 (or 30 days after decision on the dispositive motions) |

DATED this 23rd day of December, 2024.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **HALL PRANGLE, & SCHOONVELD, LLC** |
| /s/ Daryl E. Martin | /s/ Kenneth M. Webster |
| Daryl E. Martin, Esq. | Kenneth M. Webster, Esq. |
| Nevada Bar No. 6735 | Nevada Bar No. 7205 |
| 7740 W. Sahara Avenue | 1140 North Town Center Drive, Ste. 350 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89144 |
| Phone: (702) 255-1718 | Phone: (702) 889-6400 |
| dem@cjmlv.com | efile@hpslaw.com |
| *Attorneys for SEIU Local 1107* | *Attorneys for Sunrise Hospital* |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 12/30/2024