# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SUNRISE HOSTPIAL AND MEDICAL
CENTER, LLC,

                Plaintiff,

    vs.

LOCAL 1107 OF THE SERVICE
EMPLOYEES INTERNATIONAL UNION,

              Defendant.

Case No.: 2:24-cv-01247-GMN-MDC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 50), of United States Magistrate Judge Maximiliano D. Couvillier III, which recommends granting Plaintiff's Motion to Dismiss and dismissing Plaintiff's claims with prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, the parties agreed to dismissal with prejudice. (R&R 2:15–16, ECF No. 50).  As a part of that agreement, the parties also agreed to waive their rights under Local Rules IB 3-1

1    and IB 3-2 to object to Magistrate Judge Couvillier's R&R. (*Id.* 1:11–13). Thus, this R&R is

2    unobjected to.

3        Accordingly,

4        **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 50), is

5    **ACCEPTED and ADOPTED** in full.

6        **IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice.

7    Dated this __16__ day of May, 2025.

8

9    _____

10   Gloria M. Navarro, District Judge
     United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25